

FILED

MAY 3 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  QUINN HOCHHALTER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE )    2:19-SW-230-DB
   | APPLICATION OF THE UNITED STATES )    2:19-SW-231-DB
12 | OF AMERICA FOR SEARCH WARRANTS )    2:19-SW-376-AC
   | CONCERNING: )    2:19-SW-377-AC
13 | )    2:19-SW-350-CKD
   | **A 2014 black Lincoln sedan with** )    2:19-SW-448-CKD
14 | **CA license plate 7ZSM535 and VIN** )    2:19-SW-449-CKD
   | **3LN6L2GK5ER809145;** )    2:19-SW-450-CKD
15 | )
   | **A 2013 brown GMC SUV with CA** )
16 | **license plate DISNYCA and VIN** )    [PROPOSED] ORDER
   | **1GKS2CE09DR239291;** )    **UNSEALING SEARCH**
17 | )    **WARRANTS AND SEARCH**
   | **USPS Priority Mail Parcel 99470** )    **WARRANT AFFIDAVITS**
18 | **1036 9930 0043 2071 40;** )
   | )
19 | **2304 Quail Meadow Drive,** )
   | **Modesto, California 95355;** )
20 | )
   | **A 2013 gold GMC SUV with CA** )
21 | **license plate DISNYCA and VIN** )
   | **1GKS2CE09DR239291;** )
22 | )
   | )
23 | )
   | )
24 | )
   | )
25 |_____)

26     Upon application of the United States of America and good cause

27 having been shown,

28     **IT IS HEREBY ORDERED** that the files in the above-captioned

matters be, and are, hereby ordered unsealed.

DATED: May 31, 2019

Hon. DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE